### Isaac Meason v. Samuel Philips.

BY articles of leafe between them dated 30th *January,* 1793, *Meafon* leafed land to *Philips* for four years, at twelve fhillings and fixpence *per* acre, which *Philips* covenanted to pay in good merchantable grain, wheat, at four fhillings, rye, at three fhillings, and corn, at two fhillings and fixpence *per* bufhel. And on this engagement *Meafon* brought an action of covenant.

On the fide of *Philips,* it was contended, that the damages fhould be afcertained by valuing the grain at the prices mentioned in the article. On the fide of *Meafon,* it was contended, that the damages fhould be afcertained by the current prices of the grain, at the time of delivery.

PRESIDENT. *Philips* has bound himfelf to deliver grain; and *Meafon* to receive this grain at certain prices. Grain, not money, was the object in the view of both; and money was only ufed to afcertain the quantity of grain. The chance of gain or lofs muft be mutual.— If grain had fallen in value, *Philips* would have gained; for if he had tendered grain, *Meafon* could not have required money. If money has fallen in value or, in other words, if grain has rifen in value, *Meafon* muft gain; for a tender of money does not excufe from the covenant to deliver grain. The damages therefore ought to be

afcertained by valuing the grain at the current prices, at the time of delivery, with intereſt from that time. <span style="float:right">1797.</span>

The jury found accordingly ; but not at the rate of the grain which had rifen moſt. Probably they took the price of a part of each kind of grain.

NOTE.—Three other cafes, one in the court of Common Pleas of *Waſhington* county, another in *Fayette* county, and the third in *Allegheny* county, have fince been tried, and decided on the fame principle, of giving, in damages, the increafed value of the grain, with intereſt from the time of delivery.